UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL NIEVES,

                        Plaintiff,

-against-

ANDREW F. PLASSE & ASSOCIATES, LLC,

                        Defendant.

20-CV-9596 (LLS)

CIVIL JUDGMENT

      Pursuant to the order issued November 20, 2020, dismissing the complaint,

      IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii). The Court declines, under 28 U.S.C. § 1367(c), to exercise supplemental jurisdiction over Plaintiff's state law claims.

      IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  November 20, 2020
           New York, New York

                                                          *Louis L. Stanton*
                                                          Louis L. Stanton
                                                             U.S.D.J.